JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CRAIG MASON, | Case No. SACV 13-01521 JVS (JCx) |
| Plaintiff, | The Hon. James V. Selna |
| v. | **FINAL JUDGMENT** |
| ALLSTATE INSURANCE COMPANY; and DOES 1-30, Inclusive, | Complaint Filed: July 9, 2013 |
| Defendant. | |

On January 6, 2014, the Court entered an order granting defendant Allstate Insurance Company's motion for judgment on the pleadings as to Plaintiff Craig

Mason's entire complaint, which alleged causes of action for breach of contract and bad faith against Allstate. The Court dismissed the breach of contract claim without leave to amend, but gave Plaintiff 30 days, *i.e.*, until February 5, 2014, to amend his bad faith claim. Plaintiff failed to file an amended complaint by the court-ordered deadline.

Accordingly, the Court hereby enters judgment in favor of defendant Allstate Insurance Company and against Plaintiff Craig Mason.

**IT IS SO ORDERED.**

DATED: March 20, 2014

_____
The Honorable Janes V. Selna
United States District Court Judge

USW 804322984.1